STATE of Missouri, Respondent,

v.

Dennis J. HOLLIDAY, Appellant.

No. WD 37743.

Missouri Court of Appeals, Western District.

Oct. 14, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 1986.

Application to Transfer Denied Jan. 13, 1987.

Sean O'Brien, Public Defender, Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and PRITCHARD and DIXON, JJ.

ORDER

PER CURIAM.

Appeal from conviction of robbery in the second degree, § 569.030, RSMo 1978, and sentence of ten years imprisonment.

Judgment affirmed. Rule 30.25(b).

In the Interest of A.D.L. and the Juvenile Officer, Respondents,

v.

S.L. and D.L., Appellants.

No. WD 37745.

Missouri Court of Appeals, Western District.

Oct. 14, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 1986.

Application to Transfer Denied Jan. 13, 1987.

John M. Kilroy, Jr., William E. Quirk, G. Adolph Schmidt, II, Kansas City, for appellant, D.L.

Joseph R. Hachey, Timothy E. Jaques, Kansas City, for appellant, S.L.

Lynn Singleton, Debra J. Wilson, Kansas City, for respondents.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from an order of the Circuit Court of Jackson County, Juvenile Division, terminating parental rights pursuant to § 211.447, RSMo Supp.1984.

Affirmed. Rule 30.25(b).